**Copyrights-In-Suit for IP Address 174.103.170.157**

**ISP:** Road Runner
**Location:** Oak Creek, WI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/26/2013 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 06/16/2013 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 03/08/2013 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 05/06/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 03/08/2013 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/27/2013 |
| Red Hot | PA0001810503 | 10/12/2012 | 10/14/2012 | 03/08/2013 |
| Rolling in the Sheets | PENDING | 06/01/2013 | 06/17/2013 | 06/05/2013 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 03/08/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/26/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 10**

EXHIBIT B