UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**MALIBU MEDIA, LLC,**

        Plaintiff,

    **-vs-**                                  **Case No. 13-C-536**

**JOHN DOE, subscriber assigned
IP address 184.58.186.212,**

        Defendant.

---

**MALIBU MEDIA, LLC,**

        Plaintiff,

    **-vs-**                                  **Case No. 13-C-544**

**JOHN DOE, subscriber assigned
IP address 97.83.171.176**

        Defendant.

---

**MALIBU MEDIA, LLC,**

        Plaintiff,

    **-vs-**                                  **Case No. 13-C-779**

**JOHN DOE, subscriber assigned
IP address 174.103.170.15**7

        Defendant.

## ORDER

On December 12, the Court sanctioned Malibu Media $200 in each of the above-captioned cases, for a total of $600. To date, the fine has not been paid. Malibu Media must pay the fine to the Clerk of Court on or before **May 16, 2014**.

Dated at Milwaukee, Wisconsin, this 30th day of April, 2014.

          **SO ORDERED:**

          _____
          **HON. RUDOLPH T. RANDA**
          **U.S. District Judge**