# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

310 U.S. COURTHOUSE
517 E. WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202

Chambers of
Rudolph T. Randa
U.S. District Judge

TEL: 414-297-3071
FAX: 414-297-3089

July 21, 2014

Ms. Mary K. Schulz
Schulz Law
1144 East State Street - Suite A260
Geneva, Illinois 60134

      Re: <u>Malibu Media LLC v. John Doe</u>
           Case No. 13-C-779

Dear Counsel:

      Please provide Judge Randa with an update regarding service of the third-party subpoena upon the Internet Service Provider to obtain the defendant's true name, address, telephone number, and e-mail address in the above-entitled action within 21 days of the date of this letter. Thank you.

                                    Sincerely,

                                    s/ Linda M. Zik
                                    Linda M. Zik
                                    Courtroom Deputy Clerk to the
                                    Hon. Rudolph T. Randa
                                    U.S. District Judge