# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MALIBU MEDIA, LLC**

       Plaintiff,

  -vs-                              Case No. 13-C-779

**JOHN DOE,**

       Defendant.

## DECISION AND ORDER

The plaintiff, Malibu Media, failed to respond to multiple letters from the Court regarding the status of service. Therefore, this matter is **DISMISSED** without prejudice for failure to effect service in a timely manner. Fed. R. Civ. P. 4(m).

Dated at Milwaukee, Wisconsin, this 25th day of September, 2014.

                                              **BY THE COURT:**

                                              */s/ Rudolph T. Randa*
                                              **HON. RUDOLPH T. RANDA**
                                              **U.S. District Judge**